'08 CIV 3980

BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
DEVAL DENIZCILIK VE TICARET A.S.
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DEVAL DENIZCILIK VE TICARET A.S.,

          Plaintiff,

  -against-

AGRENCO ITALIA S.P.A.,

          Defendant.
------------------------------------------------------------X

08 Civ.

**RULE 7.1 STATEMENT**

RECEIVED APR 28 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff, DEVAL DENIZCILIK VE TICARET A.S., certifies that there are no corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated: New York, New York
      April 28, 2008

                            BROWN GAVALAS & FROMM LLP
                            Attorneys for Plaintiff
                            DEVAL DENIZCILIK VE TICARET A.S.

                            By: _____
                                Peter Skoufalos (PS-0105)
                            355 Lexington Avenue
                            New York, New York 10017
                            212-983-8500