AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                         DISTRICT OF                         NEW YORK

**APPEARANCE**

Case Number: 08 Civ. 3980 (SGK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

AGRENCO ITALIA S.P.A.

I certify that I am admitted to practice in this court.

5/6/2008
Date

*[Signature]*
Signature

Manuel R. Llorca                    ML-4034
Print Name                          Bar Number

40 Richards Avenue
Address

Norwalk              CT              06854
City                 State           Zip Code

(203) 642-7321         (203) 642-7322
Phone Number           Fax Number