LLORCA & HAHN LLP
Manuel R. Llorca
Attorneys for Defendant
40 Richards Avenue
Norwalk, CT 06854
(203) 642 7321 phone
(203) 642 7322 facsimile

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DEVAL DENIZCILIK VE TICARET A.S.,

                    08 Civ. 3980 (JGK)

                    **STIPULATION AND ORDER**

        Plaintiff,

   -against-

AGRENCO ITALIA S.P.A.,

        Defendant.

-----------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff, DEVAL DENIZCILIK VE TICARET A.S., and counsel for Defendant, AGRENCO ITALIA S.P.A., pursuant to Supplemental Admiralty Rule E(5), as follows:

        1.     Defendant has given and delivered to the Court an approved Surety Bond fixed at the sum of One Hundred Sixty-Seven Thousand and Fifty-Nine Dollars and Ninety-One Cents ($167,059.91), in substitution of funds currently restrained by Citibank pursuant to process of maritime attachment and garnishment issued in this action;

        2.     The maritime attachment of the Defendant's property in the hands of Citibank and any other garnishees in the within proceedings is hereby vacated, and Citibank and any other

garnishees are directed to release any property that has been restrained pursuant to process of maritime attachment and garnishment issued in this action.

3. This action is hereby dismissed, without prejudice, and without costs to any party.

Dated May 14, 2008

The Plaintiff
DEVAL DENIZCILIK VE TICARET A.S.

By: _____
Peter Skoufalos, Esq.
BROWN GAVALAS & FROMM LLP
355 Lexington Avenue
New York, NY 10017
(212) 983-8500

The Defendant
AGRENCO ITALIA S.P.A.

By: _____
Manuel R. Llorca, Esq.
LLORCA & HAHN LLP
40 Richards Avenue
Norwalk, CT 06854
(203) 642-7321

SO ORDERED:

_____
U.S.D.J.

5/14/08